**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE DOE, | : | |
| Individually and on behalf of all others | : | |
| Similarly situated | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRINITY LOGISTICS, INC., | : | Civil No. 1:17-cv-00053RGA |
| a Delaware corporation, | : | |
| | : | |
| PINKERTON CONSULTING AND | : | |
| INVESTIGATIONS, | : | JURY DEMAND |
| a Delaware limited liability company, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT'S, TRINITY LOGISTICS, INC., PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND/OR TO STRIKE PLAINTIFF'S CLASS CLAIMS**

Defendant, Trinity Logistics, Inc., hereby moves this Honorable Court for partial dismissal of plaintiff's Second Amended Complaint pursuant to Federal Rule 12(b)(6) and to strike plaintiff's class allegations pursuant to Federal Rule 12(f). This motion is based on the accompanying opening brief and any appendices attached thereto, filed concurrently herewith.

Respectfully submitted

**LITCHFIELD CAVO LLP**

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr.
DE Bar No. 5616
1515 Market Street, Ste 1220
Philadelphia, PA 19103
heyden@litchfieldcavo.com
Attorneys for defendant,
Trinity Logistics, Inc.

-and

THE LAW OFFICES OF
MICHAEL C. HEYDEN.
Michael C. Heyden
DE Bar No. 2040
1201 N. King Street
Wilmington, DE 19801
mcheyden@aol.com
(302)654-0789
Attorneys for defendant,
Trinity Logistics, Inc.