IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE,<br>Individually and on behalf<br>of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>TRINITY LOGISTICS, INC., et al.<br>     Defendants. | )<br>)<br>)<br>)<br>)   Civil No. 1:17-CV-053-RGA<br>)<br>)<br>)<br>) |

**NOTICE and CERTIFICATE of SERVICE**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26(d)(2)(B), and 34(b)(2)(A), **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PINKERTON CONSULTING & INVESTIGATIONS LLC** were served via email and first-class U.S. Mail, postage prepaid to:

Michael C. Heyden, Jr.
Gordon & Rees Scully Mansukhani
1201 North King Street
Wilmington, DE 19801
Attorneys for Defendant
Trinity Logistics, Inc.

Melissa L. Rhoads, Esquire
Paul Cottrell, Esquire
Jason J. Cummings, Esquire
Tighe & Cottrell, P.A.
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Attorney for Defendant Pinkerton
Consulting and Investigations

**LAW OFFICE OF MARY HIGGINS LLC**

By:   */s/Mary Higgins*
     Mary Higgins, Esquire (ID #4179)
     University Office Plaza
     Commonwealth Building, Suite 201
     260 Chapman Road
     Newark, DE 19702
     (phone) 302-525-6607
     (fax)  302-525-6618
     mary.higgins@letsbelegal.com
     Counsel for Plaintiff

Dated: June 18, 2018