**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| JANE DOE, | : |
|       Plaintiff, | : |
| v. | :   Case No. 1:17-cv-00053-RGA |
| TRINITY LOGISTICS, INC.,<br>a Delaware corporation, | : |
| TRINITY LOGISTICS HOLDINGS LLC,<br>a Delaware limited liability company, | : |
| PINKERTON CONSULTING AND<br>INVESTIGATIONS,<br>A Delaware limited liability company, | : |
|       Defendants. | : |

**NOTICE OF SERVICE**

I, Melissa L. Rhoads, Esquire, do hereby certify that a true and correct copy of the foregoing Defendant Pinkerton Consulting and Investigations' Rule 26 Disclosures was served via First Class, Postage Prepaid on this 14th day of August, 2018 upon all counsel of record.

                                                                                                                               **TIGHE & COTTRELL, P.A.**

                                                                                                                             /s/ Melissa L. Rhoads
                                                                                                                             Melissa L. Rhoads (DE NO. 4906)
        Paul Cottrell (DE NO. 2391)
        704 King Street, Suite 500
        One Customs House
        P.O. Box 1031
        Wilmington, DE 19899
        (302) 658-6400
        Attorney for Defendant Pinkerton
Dated: August 14, 2018                       Consulting and Investigations