# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE,<br>Individually and on behalf<br>of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>TRINITY LOGISTICS, INC., et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil No. 1:17-CV-053-RGA<br>)<br>)<br>)<br>) |

### RE-NOTICE OF DEPOSITION

TO:   Michael C. Heyden, Jr.
Gordon & Rees Scully Mansukhani
1201 North King Street Wilmington,
DE 19801

Melissa L. Rhoads, Esquire Paul Cottrell, Esquire
Jason J. Cummings, Esquire
Tighe & Cottrell, P.A.
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Henry M. Perlowski, Esq.
Arnall Golden Gregory LLP
171 17th Street, NW – Suite 2100
Atlanta, GA 30363

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, that Plaintiff, Jane Doe will take the deposition upon oral examination of **DENISE CROCKETT on Wednesday, November 28, 2018, commencing at 10:00 a.m.,** at the Law Office of Mary Higgins, LLC, University Office Plaza, Commonwealth Building, Suite 201, 260 Chapman Road, Newark, DE 19702, and will continue from day to day until completed. The deposition shall be via videoconferencing or telephony. The deposition will be recorded by sound-and-visual and/or stenographic means.

**(Signature Continues on Next Page)**

Dated:  November 8, 2018　　　　**LAW OFFICE OF MARY HIGGINS, LLC**

　　　　　　　　　　　　By:　*/s/Mary Higgins*
　　　　　　　　　　　　　　　Mary Higgins, Esquire (ID #4179)
　　　　　　　　　　　　　　　University Office Plaza
　　　　　　　　　　　　　　　Commonwealth Building, Suite 201
　　　　　　　　　　　　　　　260 Chapman Road
　　　　　　　　　　　　　　　Newark, DE 19702
　　　　　　　　　　　　　　　(phone) 302-525-6607
　　　　　　　　　　　　　　　(fax)  302-525-6618
　　　　　　　　　　　　　　　mary.higgins@letsbelegal.com
　　　　　　　　　　　　　　　Counsel for Plaintiff


　　　　　　　　　　　　　　　*Of Counsel:*
　　　　　　　　　　　　　　　Susan Mary Rotkis
　　　　　　　　　　　　　　　(*Pro hac vice*)
　　　　　　　　　　　　　　　Arizona State Bar No. 032866
　　　　　　　　　　　　　　　Virginia State Bar. No. 40693
　　　　　　　　　　　　　　　**CONSUMER LITIGATION ASSOCIATES WEST, P.L.L.C.**
　　　　　　　　　　　　　　　382 South Convent Ave.
　　　　　　　　　　　　　　　Tucson, AZ 85716
　　　　　　　　　　　　　　　Telephone: (520) 622-2481
　　　　　　　　　　　　　　　Email: srotkis@clalegal.com

cc:　　Maxine Weinberg, Court Reporter