## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| **Individually and on behalf** | ) | |
| **of all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 1:17-CV-053-RGA** |
| **v.** | ) | |
| | ) | |
| **TRINITY LOGISTICS, INC., et al.** | ) | |
| **Defendants.** | ) | |

### RE-NOTICE OF DEPOSITION

TO:  Michael C. Heyden, Jr.          Melissa L. Rhoads, Esquire Paul Cottrell, Esquire
     Gordon & Rees Scully Mansukhani      Jason J. Cummings, Esquire
     1201 North King Street Wilmington,   Tighe & Cottrell, P.A.
     DE 19801                             704 King Street, Suite 500
                                          P.O. Box 1031
                                          Wilmington, DE 19899

                                          Henry M. Perlowski, Esq.
                                          Arnall Golden Gregory LLP
                                          171 17th Street, NW – Suite 2100
                                          Atlanta, GA  30363

    **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30,

that Plaintiff, Jane Doe will take the deposition upon oral examination of **ADAM**

**BLOOMENSTEIN ON TUESDAY, NOVEMBER 27, 2018, COMMENCING AT 2:00 P.M.,**

at the Law Office of Mary Higgins, LLC, University Office Plaza, Commonwealth Building, Suite

201, 260 Chapman Road, Newark, DE 19702, and will continue from day to day until completed.

The deposition shall be via videoconferencing or telephony. The deposition will be recorded by

sound-and-visual and/or stenographic means.

**(Signature Continues on Next Page)**

Dated:  November 15, 2018          **LAW OFFICE OF MARY HIGGINS, LLC**

By:    */s/Mary Higgins*              
          Mary Higgins, Esquire (ID #4179)
          University Office Plaza
          Commonwealth Building, Suite 201
          260 Chapman Road
          Newark, DE 19702
          Telephone: 302-525-6607
          Fax:  302-525-6618
          mary.higgins@letsbelegal.com
          Counsel for Plaintiff


*Of Counsel:*
Susan Mary Rotkis
(*Pro hac vice*)
Arizona State Bar No. 032866
Virginia State Bar. No. 40693
**CONSUMER LITIGATION ASSOCIATES WEST, P.L.L.C.**
382 South Convent Ave.
Tucson, AZ 85716
Telephone: (520) 622-2481
Email: srotkis@clalegal.com

cc:     Maxine Weinberg, Court Reporter