**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated persons, | : : : | C.A. No. 1:17-cv-00053-RGA |
| Plaintiff, | : : | |
| v. | : : | |
| TRINITY LOGISTICS, INC., et al., | : : | |
| Defendants. | : | |

**GENERAL OBJECTIONS AND RESERVATION OF RIGHTS**
**OF SECURITAS SECURITY SERVICES USA, INC.**
**TO PLAINTIFF'S SUBPOENA DUCES TECUM AND**
**NOTICE OF DEPOSITION OF ITS CORPORATE DESIGNEE**

COMES NOW, Securitas Security Services USA, Inc. ("Securitas"), a non-party to this action, by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, and serves its General Objections and Reservation of Rights to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee.

These General Objections and Reservation of Rights apply to, and form a part of, any forthcoming response and/or Motion related to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests impose an undue obligation, burden, and/or cost on Securitas.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests impede Securitas' business operations and/or are oppressive.

1

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are overly broad.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are excessive.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek the disclosure of confidential, privileged, or other protected information, materials, and documents.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek the disclosure of trade secret or other confidential research, development, commercial information, materials, and documents.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents protected by the attorney-client privilege.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents protected by the work product doctrine.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek the disclosure of proprietary information, materials, and documents.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests demand information, materials, and documents not in the custody of Securitas.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents not reasonably limited in time, scope, and/or geographic location.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests impose an obligation or burden on Securitas beyond that required by the law and/or the Federal Rules of Civil Procedure.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are repetitive, duplicative, and/or cumulative.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents which may be derived from or ascertained from the pleadings, other filings, and/or discovery filed or served in this matter.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents already in possession of Plaintiff, or information that is equally available to Plaintiff.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents not within the personal knowledge of Securitas.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are vague and/or ambiguous.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents from sources that are not reasonably accessible because of undue burden or cost.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents made in preparation for trial.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents related to the identification of anyone consulted who will not be called to testify.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents prepared in anticipation of litigation.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are not relevant to any claim or defense.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are not proportional to the needs to the case.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek information, materials, and documents containing mental impressions, conclusions, opinions, and/or legal theories of counsel or other representatives concerning the litigation.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee do not afford Securitas a reasonable time to comply.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee require compliance beyond the geographical limits specified in F.R.C.P. 45(c).

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests seek electronically stored information from sources not reasonably accessible because of undue burden or cost.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests require Securitas to violate applicable state and federal law, rules, and regulations.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests may require Securitas to violate existing contracts or other obligations, as may apply.

Securitas objects to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee on the basis that these requests are barred by the applicable statutes of limitation and other law.

## RESERVATION OF RIGHTS

Securitas expressly reserves its right, without limitation, to assert additional objections and defenses and to amend, correct, supplement, clarify, and/or revise these General Objections.

Securitas expressly reserves its right to move to quash and/or modify Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee.

Securitas expressly reserves its right to challenge the sufficiency of the service of Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee.

Securitas expressly reserves its right to challenge Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee as to relevancy, materiality, privilege, and admissibility for any purpose in any proceeding or the trial of this or any other action.

Securitas expressly reserves its right to further object on any grounds at any time to the use of any information requested, or the subject matter thereof, related to Plaintiff's Subpoena Duces Tecum and Notice of Deposition of Securitas' Corporate Designee for any purpose in any proceeding or the trial of this or any other action.

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

 /s/ Kevin J. Connors
Kevin J. Connors, Esq. (DE Bar ID 2135)
Nemours Building
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899
T: 302-552-4302
Email:  kjconnors@mdwcg.com
Attorney for Securitas Security Services USA, Inc.

DATED:        March 5, 2019

LEGAL/121370416.v1