**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

Nemours Building, 1007 N. Orange Street, Suite 600
P.O. Box 8888, Wilmington, DE 19899
(302) 552-4300  Fax (302) 552-4340

Direct Dial:  (302) 552-4302
Email:  kjconnors@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

May 6, 2019

The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
844 North King Street
Unit 14, Room 3124
Wilmington, DE  19801-3555

RE:    Jane Doe v. Securitas Security Services USA, Inc.
       Civil Action No.:   1:17-CV-053-RGA
       Our File No.:       41686.00104

Dear Judge Fallon:

In conjunction with the discovery teleconference set for 1 p.m. today, Monday, May 6, 2019, I enclose a copy of the Affidavit of Regina Vargas of non-party, Securitas Security Services USA, Inc., the submission of which was referenced in the discovery dispute submission of Securitas filed on May 3, 2019 in the above-referenced matter.

On behalf of Securitas, I thank Your Honor for consideration of this matter.

Respectfully submitted,

/s/ Kevin J. Connors

Kevin J. Connors
DE Bar ID 2135

KJC/dap
Enclosure
cc:    Edward P. Cadagin, Esq. (w/enc.)
       Henry M. Perlowski, Esq. (w/enc.)
       Mary F. Higgins, Esq. (w/enc.)
       Melissa Lynn Rhoads, Esq. (w/enc.)
       Michael C. Heyden, Jr., Esq. (w/enc.)
       Susan M. Rotkis, Esq. (w/enc.)