IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 17-53-RGA |
| TRINITY LOGISTICS, INC., et al., | : <br> : <br> : |
| Defendants. | : |

**ORDER**

Plaintiffs have filed an objection to a discovery ruling of the Magistrate Judge. (D.I. 164). "Non-Party Securitas Security Services USA, Inc." has responded. (D.I. 165.

The response raises the argument that Plaintiffs filed objections too late. It also argues that Plaintiffs have misinterpreted provisions of the Rules relating to the "inspection of premises."

Plaintiffs are DIRECTED to reply (which can be by letter) to these two arguments by no later than September 20, 2019.

IT IS SO ORDERED this 12 day of September 2019.

                                                        */s/ Richard G. Andrews*
                                                   United States District Judge