## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:17-cv-00053-RGA |
| | : | |
| TRINITY LOGISTICS, INC., | : | |
| a Delaware corporation, | : | |
| | : | |
| PINKERTON CONSULTING AND | : | |
| INVESTIGATIONS, | : | |
| A Delaware limited liability company, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSALS
## AND CONSENT MOTION FOR APPROVAL OF DISMISSALS

Plaintiff Jane Doe ("Plaintiff") and Defendant Pinkerton Consulting & Investigations,

LLC ("Defendant," and collectively with Plaintiff, the "Parties") hereby stipulate and agree to the

following:

1.      Plaintiff initiated this civil action against Defendant on January 19, 2017 (the

"Litigation").

2.      Plaintiff's Complaint, as amended, alleges individual and class claims against

Defendant under the Fair Credit Reporting Act ("FCRA").

3.      Defendant denies the allegations made against it in the Litigation.

4.      Plaintiff has dismissed all of her claims against co-defendant Trinity Logistics, Inc.

with prejudice [Doc. Nos. 134 & 135], leaving only Plaintiff's individual and class claims pending

against Defendant in the Litigation.

1

14909154v2

5.      Plaintiff has filed a Motion for Partial Summary Judgment [Doc. No. 177] seeking a determination of liability against Pinkerton on claims asserted in the Litigation, but has not filed a Motion for Class Certification.

6.      Pinkerton has filed a Motion for Summary Judgment [Doc. No. 183], which, if granted, would result in dismissal of all of Plaintiff's individual and putative class claims asserted in the Litigation.

7.      Defendant has filed an opposition to Plaintiff's Motion for Partial Summary Judgment, and Plaintiff has filed an opposition to Defendant's Motion for Summary Judgment.

8.      Neither of the aforementioned motions has been ruled on, and no class has been certified.

9.      This Litigation has not received media attention, and neither Plaintiff, nor Defendant, nor the Parties' counsel have received communications regarding the Litigation from any persons purporting to be possible members of the putative classes. Because there is no evidence or reason to believe that putative class members are aware of this action, much less relying on Plaintiff's prosecution of this case to champion their rights, Plaintiff and Defendant agree that no notice is required to be given to those who possibly could have been members of the proposed classes identified in the Litigation.

10.     The Parties now wish to resolve all of their disputes without the burden, uncertainty, risk, and expense of continued litigation, and have reached a settlement of the Litigation.

11.     The Parties, through their undersigned counsel, STIPULATE that Plaintiff hereby DISMISSES WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all of her individual claims against Defendant, and hereby DISMISSES WITHOUT PREJUDICE all putative class

2

14909154v2

claims against Defendant. Each party shall bear its own fees and costs incurred in connection with the Litigation except as otherwise agreed to by the Parties.

12.     The Parties, through their undersigned counsel, STIPULATE that Plaintiff, through this settlement, will recover the same approximate amount of damages that she could have recovered if her case had gone forward to judicial resolution in their favor. (*See* Declaration of Leonard Bennett, attached hereto as Exhibit 1.) Furthermore, Plaintiff, through her undersigned counsel, STIPULATE that Plaintiff and Plaintiff's counsel have received no additional monetary consideration for filing this Stipulation of Dismissals. (*See id.*)

13.     The Parties, through their undersigned counsel, STIPULATE that they are unaware of any persons other than Plaintiff who believe that they are aggrieved by Defendant's actions. (*See id.*) Furthermore, the Parties STIPULATE, through their undersigned counsel, that the existence of this action has not become widely known, there has been no public reporting or dissemination of any information about this case other than what is available through public filing records, and they are unaware of any putative class member who has refrained from bringing a similar claim in reliance on the existence of this action. (*See id.*)

14.     The Parties agree that this court shall retain jurisdiction to enforce the terms of this agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. Am.,* 311 U.S. 375 (1994).

NOW THEREFORE, Plaintiff moves the Court, with Defendant's consent, to grant her Consent Motion for Approval of Dismissals and issue an Order in the form of the proposed Order attached hereto as Exhibit "2," approving Plaintiff's Dismissal of all claims in this Litigation.

IT IS SO STIPULATED.

**LAW OFFICE OF MARY HIGGINS, LLC**
*/s/Mary Higgins*
Mary Higgins (ID #4179 )

3

14909154v2

260 Chapman Road, Suite 201
Newark, DE 19702
(ph)  302-894-4357
mary.higgins@letsbelegal.com

*Of Counsel:*
Susan Mary Rotkis
(*Pro hac vice*)
Arizona State Bar No. 032866
Virginia State Bar. No. 40693
**PRICE LAW  GROUP, APC**
382 South Convent Ave.
Tucson, AZ 85716
(ph) (520) 622-2481
Email: susan@pricelawgroup.com

Leonard A. Bennett
*(Pro hac vice)*
Virginia State Bar No. 35723
**Consumer Litigation Associates, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(ph) (757)930-3660
Email: lenbennett@clalegal.com


*Attorneys for Plaintiff*




CONSENTED TO BY:

/s/ Melissa L. Rhoads
Melissa L. Rhoads (DE NO. 4906)
M.Rhoads@TigheCottrell.com
Paul Cottrell (DE NO. 2391)
P.Cottrell@TigheCottrell.com

**TIGHE & COTTRELL, P.A**
704 King Street, Suite 500
One Customs House
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400

14909154v2

_/s/ Henry M. Perlowski_
Henry M. Perlowski
Georgia Bar No. 572393
(admitted _pro hac vice_)
henry.perlowski@agg.com
**Edward P. Cadagin**
Georgia Bar No. 647699
(admitted _pro hac vice_)
edward.cadagin@agg.com
**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363
Telephone: 404-873-8500
Facsimile:  404-873-8501

_Attorneys for Defendan_t _Pinkerton Consulting & Investigations, LLC_

5

14909154v2