IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:17-cv-00053-RGA |
| | : |
| TRINITY LOGISTICS, INC., | : |
| a Delaware corporation, | : |
| | : |
| PINKERTON CONSULTING AND INVESTIGATIONS, | : |
| A Delaware limited liability company, | : |
| | : |
| Defendants. | : |

**ORDER**

This matter is before the Court on the Parties' Stipulation of Dismissals and Consent Motion for Approval of Dismissals. Having considered the Parties' Stipulation of Dismissals and Consent Motion for Approval of Dismissals, and for good cause shown, the Court GRANTS Plaintiff's Consent Motion for Approval of Dismissals, APPROVES the terms therein, and ORDERS that Plaintiff's individual claims against Defendant Pinkerton Consulting & Investigations, LLC are dismissed with prejudice and that Plaintiff's proposed class claims against Defendant Pinkerton Consulting & Investigations, LLC are dismissed without prejudice.

BY THE COURT:

Dated: 5/18/20

/s/ Richard G. Andrews
Honorable Richard G. Andrews
Judge of United States District Court

1

14909154v2